Third Circuit denied. *Mr. George W. Wickersham* and *Mr. George B. Gordon* for petitioner. *Mr. Solicitor General Beck* and *Mr. W. H. Fuller* for respondent.

---

No. 836. LOTTIE I. KERN, ADMINISTRATRIX, ETC., *v.* JOHN BARTON PAYNE, DIRECTOR GENERAL, ETC. February 26, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Montana denied. *Mr. Frederick M. Miner* for petitioner. *Mr. H. H. Field* for respondent.

---

No. 838. TIMOTHY D. MURPHY *v.* UNITED STATES;

No. 839. VINCENZO COSMANO *v.* UNITED STATES; and

No. 840. EDWARD C. GIERUM *v.* UNITED STATES. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. James J. Barbour, Mr. Benjamin P. Epstein, Mr. Lawrence Y. Sherman* and *Mr. Noah C. Bainum* for petitioners. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. H. S. Ridgely* for the United States.

---

No. 847. UTAH CONSOLIDATED MINING COMPANY *v.* UTAH APEX MINING COMPANY. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John P. Gray* and *Mr. A. C. Ellis, Jr.,* for petitioner. *Mr. J. A. Marshall* and *Mr. W. E. Colby* for respondent.

---

No. 848. W. V. SMITH ET AL. *v.* UNITED STATES. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John H. Atwood, Mr. James M. Johnson* and *Mr. Donald W. Johnson* for petitioners. No brief filed for the United States.